1 | MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
2 | PO BOX 129
ALAMEDA, CA 94501
3 | Telephone: (510) 523-4702

4 | COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF
5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,

Case No. C98-03667M

12 | Plaintiff,

13 | v.

14 | Tucker H. Davis aka Davis H. Tucker,

**WRIT OF CONTINUING
GARNISHMENT**

15 | Defendant,

16 | and

17 | Concord Garden Equipment Company,

18 | Garnishee.

19

20 | TO: Payroll Department
Concord Garden Equipment Company
21 | 2451 Monument Blvd.
Concord, CA 94520
22

23 | YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

24 | THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

25 | YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

26 | JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

27 | The name and last known address of the person who is the defendant-

28 | judgment debtor (hereinafter "debtor") in this action and whose property is subject to

1 this Writ are as follows:

2 Tucker H. Davis aka Davis H. Tucker
233 Merganser Dr.
3 Oakley, CA 94561

4
5     This Writ has been issued at the request of the United States of America to

6 enforce the collection of a civil judgment entered in favor of the United States against

7 the debtor for a defaulted student loan in the amount of $9,013.42. There is a balance

8 of $14,650.80 due on the judgment, which amount includes costs and interest

9 computed through 10/27/2009.

10     The following are the steps that you must take to comply with this Writ. If you

11 have any questions, you should consult with your attorney.

12     1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

13 or possession any property of the debtor, including wages, salary, or commissions, in

14 which the debtor has a substantial nonexempt interest, or if you obtain custody,

15 control, or possession of such property while this Writ is in effect, you must

16 immediately withhold such property from the debtor and retain it in your possession

17 until you receive instructions from the Court which will tell you what to do with the

18 property. The United States has requested that the sum of 25% of the debtor's

19 disposable earnings, which under California law represents the nonexempt portion of

20 the debtor's earnings, be withheld from the defendant's earnings.

21     2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

22 within 10 days after service of this Writ upon you. You must answer the Writ even if

23 you do not have in your custody, control, or possession any property of the debtor.

24 Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

25 information:

26     a.    Whether or not you have in your custody, control, or possession, any

27          property owned by the debtor in which the debtor has a substantial

28 Writ of Continuing Garnishment cand C98-03667M                         2

1    nonexempt interest, including nonexempt, disposable earnings;

2    b.    a description of such property and the value of such property;

3    c.    a description of any previous garnishments to which such property is

4          subject and the extent to which any remaining property is not exempt;

5          and

6    d.    the amount of the funds you anticipate owing to the debtor in the future

7          and whether the period for payment will be weekly or another specified

8          period.

9    For your convenience, a form which addresses the above-requested information is

10   attached and may be used to Answer the Writ.

11        3. After you complete the answer under oath, pursuant to 28 U.S.C. §

12   3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

13   must mail or deliver the original Answer bearing the original signature of the person

14   preparing the answer to the Court at the following address:

15            Clerk, United States District Court
             450 Golden Gate Avenue, 16th Floor
16            P. O. Box 36060
             San Francisco, CA 94102
17

18   At the same time that you mail or deliver the original answer to the Court, you must

19   also mail or deliver a copy of the original Answer to both the debtor and attorney for

20   the United States at the following respective addresses:

21            Tucker H. Davis aka Davis H. Tucker
             233 Merganser Dr.
22            Oakley, CA 94561

23            Michael Cosentino, Attorney at Law
             P.O. Box 129
24            Alameda, CA 94501

25   Please note that the attached form Answer contains a certificate of service which

26   needs to be completed by the person mailing the copies of the answer to the debtor

27   and the attorney for the United States, and which needs to be filed along with the

28   Writ of Continuing Garnishment cand C98-03667M                                            3

1  Answer.

2        **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

3  **IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**

4  **COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO**

5  **ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH**

6  **THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO**

7  **APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY**

8  **WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR**

9  **THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY**

10 **(INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO**

11 **AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND**

12 **AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED**

13 **HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO**

14 **APPEAR.**

15
16  RICHARD W. WIEKING, Clerk
    United States District Court
17  for the Northern District of California

18  Dated:  November 5, 2009          By: *Rashunda Scott*
19                                        Deputy Clerk

20

21

22

23

24

25

26

27

28  Writ of Continuing Garnishment cand C98-03667M                                    4

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

   1. Earnings include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

   2. Disposable earnings are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law requires an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to public employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

   To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

---

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )   Case No. C98-03667M
12                         Plaintiff,       )
                                            )
13                   v.                     )
                                            )
14   Tucker H. Davis aka Davis H. Tucker,   )
                                            )
15                         Defendant,       )
                                            )
16                   and                    )
                                            )
17   Concord Garden Equipment Company,      )  **ANSWER OF GARNISHEE**
                                            )
18                         Garnishee.       )
                                            )
19   _____

20        I, _____, being first duly sworn, hereby state the following:

21        1. I am the _____ (Official Title) of the Garnishee

22   named in the above caption. I am authorized to prepare this Answer on behalf of the

23   Garnishee.

24        2. The Garnishee was served with the Writ of Continuing Garnishment on

25   _____ (date) in this action.

26        3. The Garnishee currently has custody, control, or possession of earnings of

27   the Defendant. Yes____ No____

28        4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.  Yes_____ No_____

2  5. For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4  a.  Defendant was in my/our employ.  Yes_____ No_____

5  b.  The Defendant's pay period is _____ weekly, _____ bi-weekly,

6  _____ semi-monthly, _____ monthly.

7  c.  The Defendant's present pay period began on _____ (date).
8  ("Present" means the pay period in which the Writ of Continuing
   Garnishment was served.)

9  d.  The Defendant's present pay period ends on _____ (date).

10  e.  The Defendant's net wages are as calculated below:

11  (1) Gross Pay  $_____

12  (2) Federal income tax  $_____

13  (3) F.I.C.A. tax  $_____

14  (4) State income tax  $_____

15  (5) SDI  $_____

16  Total tax withholdings  $_____

17  Net Wages  $_____
18  (gross pay minus above withheld taxes)

19  6. Are there any other garnishments currently in effect?  Yes _____ No _____
20  If the answers is yes, describe below and attach to this Answer a copy of each
21  garnishment:
22

23  _____

24  _____

25  _____
26  7. Will the Garnishee owe the Defendant money in the foreseeable future?
27  Yes _____ No_____ If the answer is yes, provide the reason why such money will be
28  owed, the amount of money that will be owed, and the date or dates on which each

2

1  payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

7      8. Does the Garnishee currently have custody, control or possession of property

8  (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

9  Defendant maintains an interest?  Yes_____  No_____  If the answer is yes, then

10  provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

17      9. Does the Garnishee expect to obtain in the foreseeable future custody,

18  control or possession of property (other than earnings) such as bank accounts,

19  pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes____

20  No____  If the answer is yes, then provide the following information for each item of

21  such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

3

1      10. Does the Garnishee have any objections or defenses to the Writ of

2  Continuing Garnishment?  Yes_____  No_____  If the answer is yes, list the nature

3  and basis of each objection and/or defense:

4  _____

5  _____

6  _____

7  _____

8  _____

9      On behalf of Concord Garden Equipment Company, I hereby certify under

10  penalty of perjury under the laws of the United States of America that the foregoing is

11  true and correct.

12

13  Dated: _____                    By: _____

14                                                  (Sign above and type or print name
                                                  below)
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of

_____, California; that my business address is

_____; that I am

over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in

envelopes bearing the requisite postage, a copy of:

**ANSWER OF GARNISHEE**

addressed to each of the following, at their last known addresses, at which place

there is service by United States mail.

Tucker H. Davis aka Davis H. Tucker
233 Merganser Dr.
Oakley, CA 94561

Michael Cosentino
Attorney at Law
P.O. Box 129
Alameda, CA 94501

This Certificate was executed on _____ (date),

at _____ (city), California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
(sign above and type or print name
below)

TO: Concord Garden Equipment Company

## INSTRUCTIONS TO GARNISHEE

ENCLOSED IS A WRIT OF GARNISHMENT REQUESTING THAT YOU DETERMINE WHETHER OR NOT YOU HAVE IN YOUR POSSESSION, CUSTODY OR CONTROL ANY OF THE PROPERTY OF THE DEBTOR LISTED THEREIN, OR ANY OTHER PROPERTY OF THE DEBTOR.  YOU ARE REQUIRED BY LAW TO SERVE A WRITTEN ANSWER TO THIS WRIT.  YOU ARE FURTHER REQUIRED TO WITHHOLD AND RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL NON-EXEMPT INTEREST.  A LIST OF EXEMPTIONS WHICH ARE NOT SUBJECT TO THE WRIT OF GARNISHMENT IS ATTACHED TO THE CLERK'S NOTICE ENCLOSED WITH THIS PAPER.

IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAIL TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE LAW OFFICE OF MICHAEL COSENTINO, AT 510-523-4702, OR BY MAIL AT P.O. BOX 129, ALAMEDA, CA 94501.