MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>TUCKER H. DAVIS aka<br>DAVIS H. TUCKER,<br><br>　　　　Defendant,<br>and<br><br>CONCORD GARDEN<br>EQUIPMENT COMPANY,<br><br>　　　　Garnishee. 　　　／ | NO. C98-03667 M<br><br>**STIPULATED<br>GARNISHMENT ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, TUCKER H. DAVIS aka DAVIS H. TUCKER, that garnishee, CONCORD GARDEN EQUIPMENT COMPANY, withhold $125.00 each 2 week pay period from Judgment Debtor's non-exempt disposable income, until the entire judgment principal of $13,932.19, as of April 21, 2010, plus interest at the rate of 4.584% per annum on said principal, compounded annually pursuant to 11 USC §1961(b), until the entire judgment balance has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

　　　　IT IS HEREBY FURTHER STIPULATED that CONCORD GARDEN EQUIPMENT

1  COMPANY, Garnishee, immediately remit to the United States Department of Justice all
2  withholdings to date.

3  IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
4  U.S. Department of Justice, and be mailed to the Department of Justice, Central Intake
5  Facility, P.O. Box 70932, Charlotte, NC, 28272-0932, referencing the judgment debtor's CDCS
6  Claim number **1998B13219** on each check for posting purposes.

7  IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail
8  from judgment creditor to judgment debtor, shall submit a financial statement to judgment
9  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

10  By his signature hereafter, TUCKER H. DAVIS aka DAVIS H. TUCKER acknowledges
11  that he has read, understands and waives all of his rights under the CLERK'S NOTICE OF
12  POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST
13  FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR
14  HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION
15  FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT
16  OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

17  IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
18  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
19  judge of the United States District Court and consent to have a United States magistrate judge
20  conduct any and all further proceedings in the case, including trial, and order the entry of a final
21  judgment. It is understood that any appeal from a judgment entered by a magistrate judge will
22  be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner
23  as an appeal from any other judgment of a District Court.

24  Dated: April 21, 2010                          /s/ _____
                                                    Michael Cosentino, Counsel for United States

26  Dated: April 23, 2010                          _____
                                                    TUCKER H. DAVIS aka DAVIS H. TUCKER

28  **IT IS SO ORDERED**

Dated: April 28, 2010                                _____
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATED GARNISHMENT ORDER, US v. TUCKER H. DAVIS aka DAVIS H. TUCKER, CAND # C98-03667 M     2